IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOUGLAS DYNAMICS, LLC,                                     ORDER

             Plaintiff,                                  09-cv-261-wmc

       v.

BUYERS PRODUCTS COMPANY,

            Defendant.

---

On or before noon on Wednesday, October 6th, the parties shall provide opposing counsel and the court:

(a)    A short, written narrative statement of each expert's background and experience. These statements will be read to the jury and no proof will be received on the matters covered unless an objection to the narrative statement is filed.

(b)    A list of portions of depositions, to be offered at trial, by page and line references for witnesses unavailable at trial. Extensive reading from depositions is strongly discouraged. Toward that end, the proponent of a deposition may -- though is not required -- to prepare a written narrative summary of some or all deposition transcripts the party intends to offer into evidence, with annotated page and line references in parenthesis after each sentence, in lieu of part or all of the narrative of questions and answers.

Counsel are also directed to consult and reach resolution on the admissibility of exhibits. Each side shall then file copies of any contested exhibits with the court by 4:30 p.m. on Wednesday, October 6th.

ORDER

IT IS ORDERED that the parties shall file expert qualifications in narrative form, citations to deposition transcripts expected to be offered at trial and copies of contested exhibits in accordance with the requirements explained above.

Entered this 29th day of September, 2010.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge