IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOUGLAS DYNAMICS, LLC,

    Plaintiff,

v.

BUYERS PRODUCTS COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-261-wmc

This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered as follows:

(1) defendant Buyers Products Company's snowplow assemblies, MD series, HD/EX series, VX series, CM series, XP series, and TE series:

    (a) do not infringe United States Patents Nos. RE 35,700, 5,420,480 and 4,999,935;

    (b) directly infringe claims 1, 3-5 and 7 of United States Patent No. 5,353,530 and claims 28-31, 35-36 and 53-57 of United States Patent No. 6,994,978; and

    (c) contributorily infringe and induce infringement of claims 58 and 59 of the '978 patent;

(2) defendant did not willfully infringe the '530 or '978 patents; and

(3) United States Patents Nos. 6,944,978, RE 35,700, 5,353,530, 5,420,480, and 4,999,935 are not invalid.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Douglas Dynamics, LLC in the amount of $1,018,248 in damages for pre-verdict infringement together with a royalty of 6.225% of the wholesale snowplow assembly price for any infringing snowplow assemblies sold after the verdict and until the infringed patents expire.

Approved as to form this ___ day of September, 2011.

_____
William M. Conley, District Judge

_____
Peter Oppeneer, Clerk of Court

9/28/11
Date