IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOUGLAS DYNAMICS, LLC,

                Plaintiff,

    v.

BUYERS PRODUCTS COMPANY,

                Defendant.

ORDER

09-cv-261-wmc

---

      The court held a telephone status conference today and set the following briefing schedule. Pursuant to the agreement of the parties, both sides shall exchange and file their initial briefs by October 11, 2013, addressing the nature of the relief they believe this court should enter and any open issues they believe remain to be addressed by this court upon remand by the Federal Circuit. Responses may be served and filed by October 25, 2013. In light of the parties' representation that they are working on a stipulated Permanent Injunction against continued infringement of U.S. Patent No. 6,944,978, that issue need only be addressed in the briefs if the parties have failed to reach a joint stipulation by October 11th.

      Entered this 27th day of September, 2013.

                              BY THE COURT:

                              /s/
                              _____
                              WILLIAM M. CONLEY
                              District Judge