IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DOUGLAS DYNAMICS, LLC, | ) |
| | ) |
| Plaintiff | ) CIVIL ACTION NO. 3:09-cv-00261 |
| | ) |
| v. | ) Hon. William M. Conley |
| | ) |
| BUYERS PRODUCTS COMPANY, | ) |
| | ) |
| Defendant | ) |

**DECLARATION OF CHRISTOPHER R. LIRO IN SUPPORT OF DOUGLAS' MARCH `4, 2014 MOTIONS *IN LIMINE* NOS. 15-19**

EXHIBIT D

*FILED UNDER SEAL*