IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOUGLAS DYNAMICS, LLC,

          Plaintiff,

v.

BUYERS PRODUCTS COMPANY,

          Defendant.

JUDGMENT ON REMANDED
ISSUES IN A CIVIL CASE

09-cv-261-wmc

This action came for reconsideration before the court, with U. S. District Judge William M. Conley presiding, pursuant to remand by the Federal Circuit. *See* 717 F.3d 1336 (2013). Those issues remanded have been considered by the court and a decision has been rendered by a jury on damages. Accordingly,

    IT IS ORDERED AND ADJUDGED that judgment is entered as follows:

(1) Defendant Buyers Products Company's snowplow assemblies (MD series, HD/EX series, VX series, CM series, XP series and TE series) directly infringe claims 45, 47, 48, 49 and 51 of United States Patent No. Re. 35,700; and

(2) United States Patent No. Re. 35,700 is not invalid.

    IT IS FURTHER ORDERED AND ADJUDGED that final judgment is entered in favor of plaintiff Douglas Dynamics, LLC against defendant Buyers Products Company in the amount of $9,750,000 in damages.

    IT IS FURTHER ORDERED AND ADJUDGED that as for a permanent injunction of United States Patent No. 6,994,978:

(1) Buyers, its officers, agents, servants and employees, and all other persons who are in active concert or participation with them, who receive actual notice of this Order by personal service or otherwise, are permanently enjoined and restrained from infringing the '978 Patent by making, using, selling, or offering to sell, within the United States, its territories and possessions, or by importing into the United States, its territories and possessions, snow plow assembly linkage mechanisms for mounting a snow plow on a vehicle of the design commercially sold by Buyers on

and before October 1, 2010 (the "Infringing Linkage Mechanism"), and any other existing or future linkage mechanism for mounting a snow plow on a vehicle that is not more than colorably different from the Infringing Linkage Mechanism, during the unexpired term of the '978 Patent. The Infringing Linkage Mechanism design is depicted below:



(2) This injunction does not enjoin or restrain making, using, selling, offering for sale, or importing snow plow assemblies having the designations MD, HD/EX, VX, CM, XP and TE Series or other designations, if and only if such snow plow assemblies do not make use of the Infringing Linkage Mechanism or any other existing or future linkage mechanism that is not more than colorably different from the Infringing Linkage Mechanism.

Approved as to form this 21st day of April, 2014.

_____
William M. Conley, District Judge

_____      4/21/14
Peter Oppeneer, Clerk of Court     Date