

INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

May 1, 2009
Invoice 564942-2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through April 30, 2009

| | |
|---|---|
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

May 1, 2009
Invoice  564942-2
Page  2

## Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/30/09 | GHS | ███████████████████████████████████████ | | ████████ |
| | | **Total Fees** | | ████████ |

## Disbursements

| Description | Amount |
|-------------|--------|
| Filing fee | 350.00 |
| **Total Disbursements** | **350.00** |

| | |
|---|---|
| **Total Services and Disbursements** | ████████ |
| **Total Current Charges** | ████████ |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

June 1, 2009
Invoice 567330-3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through May 31, 2009

| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

| | | **Open Invoices** | | | |
| --- | --- | --- | --- | --- | --- |
| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |

Douglas Dynamics                                        June 1, 2009
                                                Invoice  567330-3
4654-00016                                             Page  2
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| **Fees** | | | | |
| 05/07/09 | GHS | | | |
| 05/07/09 | ATO | | | |
| 05/08/09 | VLS | | | |
| 05/08/09 | GHS | | | |
| 05/13/09 | GHS | | | |
| 05/14/09 | GHS | | | |
| 05/20/09 | GHS | | | |
| 05/21/09 | GHS | | | |
| 05/22/09 | GHS | | | |
| 05/22/09 | ATO | | | |
| 05/26/09 | GHS | | | |

# Andrus Intellectual Property Law, LLP

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/27/09 | GHS | | | |
| 05/28/09 | GHS | | | |
| 05/29/09 | GHS | | | |
| | | **Total Fees** | | |

| Disbursements | |
|---------------|---|
| **Description** | **Amount** |
| File histories | 1,442.90 |
| | |
| **Total Disbursements** | |

| | |
|---|---|
| **Total Services and Disbursements** | |
| **Total Current Charges** | |
| Balance Forward | |
| **Total Amount Due** | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

July 1, 2009
Invoice 568454-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through June 30, 2009

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

**Andrus Intellectual Property Law, LLP**

Douglas Dynamics                                                                July 1, 2009
                                                                          Invoice  568454-1
4654-00016                                                                       Page  2
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | | | Hours | Amount |
|---|---|---|---|---|---|---|
| | | **Fees** | | | | |
| 06/01/09 | GHS | | | | | |
| 06/02/09 | GHS | | | | | |
| 06/03/09 | ATO | | | | | |
| 06/03/09 | GHS | | | | | |
| 06/04/09 | ATO | | | | | |
| 06/04/09 | GHS | | | | | |
| 06/05/09 | ATO | | | | | |
| 06/05/09 | GHS | | | | | |
| 06/08/09 | ATO | | | | | |
| 06/08/09 | GHS | | | | | |

Douglas Dynamics

July 1, 2009
Invoice 568454-1
Page 3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/09/09 | GHS | | | |
| 06/09/09 | VLS | | | |
| 06/10/09 | ATO | | | |
| 06/10/09 | GHS | | | |
| 06/11/09 | ATO | | | |
| 06/11/09 | GHS | | | |
| 06/12/09 | ATO | | | |
| 06/12/09 | GHS | | | |
| 06/15/09 | ATO | | | |
| 06/15/09 | GHS | | | |
| 06/15/09 | MGM | | | |
| 06/16/09 | ATO | | | |
| 06/16/09 | GHS | | | |
| 06/16/09 | MGM | | | |
| 06/17/09 | ATO | | | |

Douglas Dynamics                                                    July 1, 2009
                                                             Invoice  568454-1
4654-00016                                                          Page 4
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/17/09 | GHS | | | |
| 06/18/09 | ATO | | | |
| 06/18/09 | GHS | | | |
| 06/19/09 | ATO | | | |
| 06/19/09 | GHS | | | |
| 06/19/09 | MGM | | | |
| 06/22/09 | GHS | | | |
| 06/22/09 | MGM | | | |
| 06/22/09 | ATO | | | |
| 06/23/09 | GHS | | | |
| 06/23/09 | MGM | | | |
| 06/23/09 | MGM | | | |
| 06/23/09 | MGM | | | |
| 06/23/09 | ATO | | | |
| 06/24/09 | GHS | | | |
| 06/24/09 | MGM | | | |
| 06/24/09 | ATO | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

July 1, 2009
Invoice 568454-1
Page 5

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |
| 06/25/09 | ATO | | | |
| | | | | |
| 06/29/09 | GHS | | | |
| 06/30/09 | GHS | | | |
| 06/30/09 | ATO | | | |

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 25.00 |
| Process server | 75.00 |
| | |
| Copy charge | 239.71 |
| Copy charge | 540.14 |
| | |
| Scanning and document conversion | 1.00 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

August 1, 2009
Invoice 570079-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through July 31, 2009

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

August 1, 2009
Invoice  570079-1
Page  2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | Fees | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 06/24/09 | MGM | | | |
| 07/01/09 | EMH | | | |
| 07/01/09 | RHB | | | |
| 07/01/09 | GHS | | | |
| 07/02/09 | RHB | | | |
| 07/02/09 | ATO | | | |
| 07/02/09 | GHS | | | |
| 07/06/09 | EMH | | | |
| 07/06/09 | ATO | | | |
| 07/06/09 | GHS | | | |
| 07/07/09 | ATO | | | |
| 07/07/09 | GHS | | | |
| 07/08/09 | ATO | | | |
| 07/08/09 | GHS | | | |
| 07/09/09 | ATO | | | |
| 07/09/09 | GHS | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/10/09 | RHB | | | |
| 07/10/09 | ATO | | | |
| 07/10/09 | GHS | | | |
| 07/13/09 | RHB | | | |
| 07/13/09 | MGM | | | |
| 07/13/09 | GHS | | | |
| 07/14/09 | RHB | | | |
| 07/14/09 | RHB | | | |
| 07/14/09 | ATO | | | |
| 07/14/09 | GHS | | | |
| 07/15/09 | MGM | | | |
| 07/15/09 | MGM | | | |
| 07/15/09 | RHB | | | |
| 07/15/09 | ATO | | | |
| 07/15/09 | GHS | | | |
| 07/15/09 | VLS | | | |
| 07/16/09 | MGM | | | |
| 07/16/09 | RHB | | | |
| 07/16/09 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/16/09 | GHS | | | |
| 07/17/09 | RHB | | | |
| 07/17/09 | ATO | | | |
| 07/17/09 | GHS | | | |
| 07/17/09 | MGM | | | |
| 07/20/09 | ATO | | | |
| 07/20/09 | GHS | | | |
| 07/21/09 | ATO | | | |
| 07/21/09 | GHS | | | |
| 07/22/09 | MGM | | | |
| 07/22/09 | RHB | | | |
| 07/22/09 | GHS | | | |
| 07/23/09 | ATO | | | |
| 07/23/09 | RHB | | | |
| 07/23/09 | GHS | | | |
| 07/24/09 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/24/09 | RHB | | | |
| 07/24/09 | GHS | | | |
| 07/27/09 | ATO | | | |
| 07/27/09 | RHB | | | |
| 07/27/09 | GHS | | | |
| 07/28/09 | ATO | | | |
| 07/28/09 | GHS | | | |
| 07/29/09 | ATO | | | |
| 07/29/09 | RHB | | | |
| 07/29/09 | GHS | | | |
| 07/30/09 | ATO | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/30/09 | RHB | | | |
| 07/30/09 | GHS | | | |
| 07/31/09 | MGM | | | |
| 07/31/09 | RHB | | | |
| 07/31/09 | GHS | | | |



**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 1.60 |
| Patent drawings | 1,485.00 |
| Document scanning | 224.80 |
| Washington associate's charge re certified copies of file history, abstracts of title and maintenance fees | 815.00 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

September 1, 2009
Invoice 571580-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through August 31, 2009

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics                                                    September 1, 2009
                                                                   Invoice  571580-1
4654-00016                                                              Page  2
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | **Fees** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | | **Hours** | **Amount** |
| 08/03/09 | MGM | | | | |
| 08/05/09 | MGM | | | | |
| 08/05/09 | GHS | | | | |
| 08/06/09 | MGM | | | | |
| 08/06/09 | GHS | | | | |
| 08/07/09 | MGM | | | | |
| 08/07/09 | GHS | | | | |

Douglas Dynamics

September 1, 2009
Invoice 571580-1
Page 3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/10/09 | ATO | | | |
| 08/10/09 | MGM | | | |
| 08/10/09 | GHS | | | |
| 08/11/09 | ATO | | | |
| 08/11/09 | MGM | | | |
| 08/11/09 | GHS | | | |
| 08/12/09 | MGM | | | |
| 08/12/09 | GHS | | | |
| 08/13/09 | MGM | | | |
| 08/13/09 | ATO | | | |
| 08/13/09 | GHS | | | |
| 08/14/09 | GHS | | | |

Douglas Dynamics                                                September 1, 2009
                                                                Invoice 571580-1

4654-00016                                                               Page 4
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/17/09 | MGM | | | |
| 08/17/09 | MGM | | | |
| 08/17/09 | ATO | | | |
| 08/17/09 | GHS | | | |
| 08/18/09 | ATO | | | |
| 08/18/09 | GHS | | | |
| 08/19/09 | MGM | | | |
| 08/19/09 | GHS | | | |
| 08/20/09 | ATO | | | |
| 08/20/09 | MGM | | | |
| 08/20/09 | MGM | | | |
| 08/20/09 | GHS | | | |
| 08/21/09 | ATO | | | |
| 08/21/09 | MGM | | | |
| 08/21/09 | MGM | | | |
| 08/21/09 | GHS | | | |
| 08/24/09 | ATO | | | |

Douglas Dynamics                                    September 1, 2009
                                                    Invoice  571580-1
4654-00016                                                    Page 5
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 08/24/09 | GHS | | | |
| 08/25/09 | ATO | | | |
| 08/25/09 | MGM | | | |
| 08/25/09 | GHS | | | |
| 08/26/09 | ATO | | | |
| 08/26/09 | MGM | | | |
| 08/26/09 | GHS | | | |
| 08/27/09 | MGM | | | |
| 08/27/09 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)



| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/27/09 | GHS | | | |
| 08/28/09 | GHS | | | |
| 08/31/09 | ATO | | | |
| 08/31/09 | GHS | | | |
| | | **Total Fees** | | |

| **Disbursements** | |
|-------------------|--|
| **Description** | **Amount** |
| Prints | 175.20 |
| Copy charge | 317.30 |
| Drawings | 427.50 |
| File history | 305.00 |
| File history | 135.00 |
| Copy charge | 1,298.20 |
| Scanning and OCR re document production | 548.96 |
| Scanning and OCR re document production | 395.75 |

# Andrus Intellectual Property Law, LLP

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Description | Amount |
| --- | --- |
| Scanning and OCR re document production | 2,061.48 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

October 1, 2009
Invoice 573132-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through September 30, 2009

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

October 1, 2009
Invoice 573132-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | Fees | |
|---|---|---|---|
| Date | Atty | | Amount |

| Date | Atty | |
|---|---|---|
| 09/01/09 | ATO | |
| 09/01/09 | GHS | |
| 09/02/09 | ATO | |
| 09/02/09 | GHS | |
| 09/03/09 | MGM | |
| 09/03/09 | ATO | |
| 09/03/09 | GHS | |
| 09/04/09 | MGM | |
| 09/04/09 | GHS | |
| 09/08/09 | ATO | |
| 09/08/09 | GHS | |

# Andrus Intellectual Property Law, LLP

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/09/09 | ATO | | | |
| 09/09/09 | GHS | | | |
| 09/10/09 | GHS | | | |
| 09/11/09 | GHS | | | |
| 09/14/09 | GHS | | | |
| 09/15/09 | MGM | | | |
| 09/15/09 | GHS | | | |
| 09/16/09 | MGM | | | |
| 09/16/09 | GHS | | | |
| 09/17/09 | MGM | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/17/09 | GHS | | | |
| 09/17/09 | ATO | | | |
| 09/18/09 | VLS | | | |
| 09/18/09 | MGM | | | |
| 09/18/09 | ATO | | | |
| 09/18/09 | GHS | | | |
| 09/21/09 | MGM | | | |
| 09/21/09 | ATO | | | |
| 09/22/09 | MGM | | | |
| 09/22/09 | ATO | | | |
| 09/23/09 | VLS | | | |
| 09/23/09 | MGM | | | |
| 09/23/09 | GHS | | | |

Douglas Dynamics                                                    October 1, 2009
                                                             Invoice  573132-1
4654-00016                                                            Page 5
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/24/09 | VLS | | | |
| 09/24/09 | MGM | | | |
| 09/24/09 | GHS | | | |
| 09/25/09 | VLS | | | |
| 09/25/09 | MGM | | | |
| 09/25/09 | ATO | | | |
| 09/25/09 | GHS | | | |
| 09/28/09 | VLS | | | |
| 09/28/09 | MGM | | | |
| 09/28/09 | ATO | | | |
| 09/28/09 | GHS | | | |
| 09/29/09 | MGM | | | |
| 09/29/09 | ATO | | | |
| 09/29/09 | GHS | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

October 1, 2009
Invoice 573132-1
Page 6

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/30/09 | MGM | | | |
| 09/30/09 | ATO | | | |
| 09/30/09 | GHS | | | |
| | | **Total Fees** | | |

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 6.20 |
| | |
| Drawings | 990.00 |
| Document production | 10,900.69 |
| | |
| **Total Disbursements** | |

| | |
|---|---|
| **Total Services and Disbursements** | |
| **Total Current Charges** | |



**INTELLECTUAL PROPERTY LAW**
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

November 1, 2009
Invoice 574435-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through October 31, 2009

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

November 1, 2009
Invoice 574435-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | **Fees** | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 10/01/09 | MGM | | | |
| 10/01/09 | ATO | | | |
| 10/01/09 | GHS | | | |
| 10/02/09 | ATO | | | |
| 10/02/09 | GHS | | | |
| 10/05/09 | MGM | | | |
| 10/05/09 | ATO | | | |
| 10/05/09 | GHS | | | |
| 10/06/09 | ATO | | | |
| 10/06/09 | GHS | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |
| 10/08/09 | ATO | | | |
| 10/08/09 | GHS | | | |
| 10/09/09 | ATO | | | |
| 10/09/09 | GHS | | | |
| 10/12/09 | ATO | | | |
| 10/12/09 | MGM | | | |
| 10/12/09 | GHS | | | |
| 10/13/09 | ATO | | | |
| 10/13/09 | MGM | | | |
| 10/13/09 | GHS | | | |
| 10/14/09 | ATO | | | |
| 10/14/09 | MGM | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/14/09 | GHS | | | |
| 10/15/09 | ATO | | | |
| 10/15/09 | GHS | | | |
| 10/16/09 | ATO | | | |
| 10/16/09 | MGM | | | |
| 10/16/09 | GHS | | | |
| 10/19/09 | ATO | | | |
| 10/19/09 | GHS | | | |
| 10/20/09 | ATO | | | |
| 10/20/09 | GHS | | | |
| 10/21/09 | ATO | | | |
| 10/21/09 | GHS | | | |
| 10/22/09 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/22/09 | GHS | | | |
| 10/23/09 | MGM | | | |
| 10/23/09 | ATO | | | |
| 10/23/09 | GHS | | | |
| 10/25/09 | ATO | | | |
| 10/26/09 | MGM | | | |
| 10/26/09 | ATO | | | |
| 10/26/09 | GHS | | | |
| 10/27/09 | ATO | | | |
| 10/27/09 | ERW | | | |
| 10/27/09 | GHS | | | |
| 10/28/09 | MGM | | | |
| 10/28/09 | ERW | | | |
| 10/28/09 | GHS | | | |
| 10/29/09 | MGM | | | |
| 10/29/09 | ATO | | | |
| 10/29/09 | ERW | | | |
| 10/29/09 | GHS | | | |

Douglas Dynamics

November 1, 2009
Invoice  574435-1
Page 6

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | | Amount |
|------|------|--|--------|
| 10/30/09 | MGM | | |
| 10/30/09 | ATO | | |
| 10/30/09 | ERW | | |
| 10/30/09 | GHS | | |
| 10/31/09 | ERW | | |



**Total Fees**

| **Disbursements** | |
|-------------------|--|
| **Description** | **Amount** |
| Prints | 149.80 |
| | |
| Document production | 6,793.53 |
| Document production | 1,102.00 |
| Patent drawings | 360.00 |
| Document production | 694.82 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics                                             December 1, 2009
7777 North 73rd Street                                       Invoice 576287-1
Milwaukee, WI 53223

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through November 30, 2009

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Fees | | | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 11/02/09 | MGM | | | |
| 11/02/09 | ERW | | | |
| 11/02/09 | GHS | | | |
| 11/03/09 | MGM | | | |
| 11/03/09 | ERW | | | |
| 11/03/09 | GHS | | | |
| 11/04/09 | MGM | | | |
| 11/04/09 | ERW | | | |
| 11/04/09 | GHS | | | |
| 11/05/09 | ERW | | | |
| 11/05/09 | GHS | | | |
| 11/06/09 | ERW | | | |
| 11/06/09 | GHS | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/07/09 | ATO | | | |
| 11/08/09 | ATO | | | |
| 11/08/09 | ERW | | | |
| 11/08/09 | GHS | | | |
| 11/09/09 | ATO | | | |
| 11/09/09 | MGM | | | |
| 11/09/09 | ERW | | | |
| 11/09/09 | GHS | | | |
| 11/10/09 | ATO | | | |
| 11/10/09 | GHS | | | |

Douglas Dynamics                                    December 1, 2009
                                                    Invoice  576287-1
4654-00016                                          Page 4
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/11/09 | MGM | | | |
| 11/11/09 | ATO | | | |
| 11/11/09 | ERW | | | |
| 11/11/09 | GHS | | | |
| 11/12/09 | ATO | | | |
| 11/12/09 | ERW | | | |
| 11/13/09 | MGM | | | |
| 11/13/09 | ATO | | | |
| 11/13/09 | ERW | | | |
| 11/14/09 | ATO | | | |
| 11/16/09 | MGM | | | |
| 11/16/09 | ATO | | | |
| 11/16/09 | ERW | | | |
| 11/17/09 | ATO | | | |

Douglas Dynamics

December 1, 2009
Invoice 576287-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

Page 5

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/17/09 | ERW | | | |
| 11/17/09 | GHS | | | |
| 11/18/09 | MGM | | | |
| 11/18/09 | ERW | | | |
| 11/18/09 | ATO | | | |
| 11/19/09 | ATO | | | |
| 11/19/09 | ERW | | | |
| 11/19/09 | GHS | | | |
| 11/20/09 | ATO | | | |
| 11/20/09 | MGM | | | |
| 11/20/09 | ERW | | | |
| 11/20/09 | GHS | | | |
| 11/23/09 | ATO | | | |
| 11/23/09 | MGM | | | |
| 11/23/09 | ERW | | | |
| 11/23/09 | GHS | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

December 1, 2009
Invoice 576287-1
Page 6

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/24/09 | ATO | | | |
| 11/24/09 | MGM | | | |
| 11/24/09 | ERW | | | |
| 11/24/09 | GHS | | | |
| 11/30/09 | MGM | | | |
| 11/30/09 | ATO | | | |



**Total Fees**

| Disbursements | |
|---|---|
| **Description** | **Amount** |
| Prints | 129.40 |
| Scanning and document conversion | 94.75 |
| Copy charge | 549.90 |
| Certified transcript re Allen R. Knepel | 1,595.17 |
| Certified transcript re Gary E. Watson | 2,060.80 |
| Drawings | 585.00 |
| **Total Disbursements** | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

Total Services and Disbursements

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

January 1, 2010
Invoice 577085-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through December 31, 2009

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

## Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/01/09 | MGM | | | |
| 12/01/09 | ATO | | | |
| 12/01/09 | GHS | | | |
| 12/02/09 | MGM | | | |
| 12/02/09 | ATO | | | |
| 12/02/09 | GHS | | | |
| 12/03/09 | MGM | | | |
| 12/07/09 | MGM | | | |
| 12/08/09 | ATO | | | |
| 12/08/09 | MGM | | | |
| 12/09/09 | MGM | | | |
| 12/09/09 | ATO | | | |
| 12/11/09 | MGM | | | |
| 12/16/09 | ATO | | | |
| 12/23/09 | ATO | | | |
| 12/28/09 | ATO | | | |
| 12/30/09 | ATO | | | |

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 1.80 |



Douglas Dynamics                                      January 1, 2010
                                                    Invoice 577085-1
4654-00016                                                  Page 3
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Description | Amount |
| --- | --- |
| ███████████████████████████████████████████ | ███ |
| Certified copy of transcript for Charles A. Garris | 2,568.00 |
| Videography services for the depo of Charles A. Garris | 200.00 |
| **Total Disbursements** | ████ |
| | |
| **Total Services and Disbursements** | ████ |
| **Total Current Charges** | ████ |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin  53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI  53223

February 1, 2010
Invoice  578602-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through January 31, 2010

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Fees** | | |
| 12/30/09 | GHS | | | |
| 01/04/10 | ATO | | | |
| 01/05/10 | ATO | | | |
| 01/05/10 | GHS | | | |
| 01/06/10 | ATO | | | |
| 01/06/10 | GHS | | | |
| 01/07/10 | ATO | | | |
| 01/07/10 | GHS | | | |
| 01/08/10 | ATO | | | |
| 01/11/10 | ATO | | | |
| 01/11/10 | GHS | | | |
| 01/12/10 | ATO | | | |
| 01/12/10 | ERW | | | |
| 01/12/10 | GHS | | | |
| 01/13/10 | ATO | | | |
| 01/14/10 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/14/10 | GHS | | | |
| 01/15/10 | ATO | | | |
| 01/15/10 | GHS | | | |
| 01/18/10 | ATO | | | |
| 01/18/10 | GHS | | | |
| 01/19/10 | ATO | | | |
| 01/19/10 | ERW | | | |
| 01/19/10 | ERW | | | |
| 01/19/10 | GHS | | | |
| 01/20/10 | ATO | | | |
| 01/20/10 | GHS | | | |
| 01/21/10 | ATO | | | |
| 01/21/10 | ERW | | | |
| 01/21/10 | GHS | | | |
| 01/22/10 | ATO | | | |

Douglas Dynamics                                              February 1, 2010
                                                            Invoice  578602-1
4654-00016                                                            Page 4
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/22/10 | ERW | | | |
| 01/22/10 | GHS | | | |
| 01/25/10 | MGM | | | |
| 01/25/10 | ATO | | | |
| 01/25/10 | ERW | | | |
| 01/25/10 | GHS | | | |
| 01/26/10 | MGM | | | |
| 01/26/10 | ATO | | | |
| 01/26/10 | ERW | | | |
| 01/26/10 | GHS | | | |
| 01/27/10 | MGM | | | |
| 01/27/10 | ATO | | | |
| 01/27/10 | GHS | | | |
| 01/28/10 | MGM | | | |
| 01/28/10 | ATO | | | |
| 01/28/10 | ERW | | | |
| 01/28/10 | GHS | | | |
| 01/29/10 | MGM | | | |
| 01/29/10 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/29/10 | ERW | ███████████████████████████████████ | | |
| 01/29/10 | GHS | ███████████████████████████████████ | | |

**Total Fees** ████████████████

**Disbursements**

| Description | Amount |
|-------------|--------|
| Prints | 1.60 |
| ███████████████████████████████████ | |
| Document production | 79.58 |
| ███████████████████████████████████ | |

**Total Disbursements** ████████████

**Total Services and Disbursements** ████████████
**Total Current Charges** ████████████



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

March 1, 2010
Invoice 581559-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through February 28, 2010

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | Fees | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 02/01/10 | ATO | | | |
| 02/01/10 | MGM | | | |
| 02/01/10 | GHS | | | |
| 02/02/10 | ATO | | | |
| 02/02/10 | MGM | | | |
| 02/02/10 | GHS | | | |
| 02/03/10 | ATO | | | |
| 02/03/10 | MGM | | | |
| 02/03/10 | GHS | | | |
| 02/04/10 | MGM | | | |
| 02/04/10 | GHS | | | |
| 02/05/10 | ATO | | | |
| 02/05/10 | MGM | | | |
| 02/05/10 | GHS | | | |
| 02/08/10 | ATO | | | |
| 02/08/10 | MGM | | | |
| 02/08/10 | GHS | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/09/10 | ATO | | | |
| 02/09/10 | MGM | | | |
| 02/09/10 | GHS | | | |
| 02/10/10 | ATO | | | |
| 02/10/10 | MGM | | | |
| 02/10/10 | GHS | | | |
| 02/11/10 | ATO | | | |
| 02/11/10 | MGM | | | |
| 02/11/10 | ERW | | | |
| 02/11/10 | GHS | | | |
| 02/12/10 | ATO | | | |
| 02/12/10 | BRI | | | |
| 02/12/10 | MGM | | | |
| 02/12/10 | ERW | | | |
| 02/12/10 | GHS | | | |
| 02/13/10 | ATO | | | |
| 02/14/10 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | | Amount |
|------|------|---|--------|
| 02/15/10 | BRI | | |
| 02/15/10 | ATO | | |
| 02/15/10 | MGM | | |
| 02/15/10 | GHS | | |
| 02/16/10 | ATO | | |
| 02/16/10 | MGM | | |
| 02/16/10 | GHS | | |
| 02/17/10 | ATO | | |
| 02/17/10 | MGM | | |
| 02/17/10 | ERW | | |
| 02/17/10 | GHS | | |
| 02/18/10 | ATO | | |
| 02/18/10 | MGM | | |
| 02/18/10 | GHS | | |
| 02/19/10 | MGM | | |
| 02/19/10 | GHS | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/22/10 | MGM | | | |
| 02/23/10 | MGM | | | |

# Andrus Intellectual Property Law, LLP

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 289.20 |
| Transcript of Scott Moorman | 2,519.50 |
| Document production | 957.20 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

April 1, 2010
Invoice 582225-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through March 31, 2010

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

**Andrus Intellectual Property Law, LLP**

Douglas Dynamics                                                                April 1, 2010
                                                                                    Invoice  582225-1
4654-00016                                                                                Page  2
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | Fees | | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |



03/01/10  MGM

03/02/10  ATO

03/02/10  ERW
03/02/10  GHS

03/03/10  ERW
03/03/10  ATO

03/03/10  GHS

Douglas Dynamics

April 1, 2010
Invoice 582225-1
Page 3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/04/10 | ERW | | | |
| 03/04/10 | GHS | | | |
| 03/04/10 | ATO | | | |
| 03/05/10 | GHS | | | |
| 03/05/10 | ATO | | | |
| 03/08/10 | GHS | | | |
| 03/08/10 | ATO | | | |
| 03/09/10 | ATO | | | |

Douglas Dynamics                                          April 1, 2010
                                                    Invoice  582225-1
4654-00016                                                    Page 4
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/09/10 | GHS | | | |
| 03/10/10 | MGM | | | |
| 03/10/10 | ATO | | | |
| 03/10/10 | GHS | | | |
| 03/11/10 | ERW | | | |
| 03/15/10 | ERW | | | |
| 03/16/10 | ERW | | | |
| 03/16/10 | GHS | | | |
| 03/17/10 | ERW | | | |
| 03/17/10 | GHS | | | |
| 03/18/10 | ERW | | | |
| 03/18/10 | GHS | | | |

Douglas Dynamics

April 1, 2010
Invoice 582225-1
Page 5

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/19/10 | ERW | | | |
| 03/19/10 | MGM | | | |
| 03/19/10 | ATO | | | |
| 03/19/10 | GHS | | | |
| 03/20/10 | ATO | | | |
| 03/20/10 | GHS | | | |
| 03/22/10 | ERW | | | |
| 03/22/10 | ATO | | | |
| 03/22/10 | GHS | | | |
| 03/23/10 | ERW | | | |
| 03/23/10 | ATO | | | |
| 03/23/10 | MGM | | | |
| 03/23/10 | GHS | | | |
| 03/24/10 | ERW | | | |
| 03/24/10 | ATO | | | |
| 03/24/10 | MGM | | | |
| 03/24/10 | GHS | | | |
| 03/25/10 | ERW | | | |
| 03/25/10 | MGM | | | |
| 03/25/10 | ATO | | | |
| 03/25/10 | GHS | | | |

Douglas Dynamics

April 1, 2010
Invoice 582225-1
Page 6

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/26/10 | ERW | | | |
| 03/26/10 | ATO | | | |
| 03/26/10 | MGM | | | |
| 03/26/10 | GHS | | | |
| 03/27/10 | ATO | | | |
| 03/27/10 | GHS | | | |
| 03/28/10 | ATO | | | |
| 03/28/10 | ERW | | | |
| 03/28/10 | GHS | | | |
| 03/29/10 | ATO | | | |
| 03/29/10 | MGM | | | |
| 03/29/10 | ERW | | | |
| 03/29/10 | GHS | | | |
| 03/30/10 | ATO | | | |
| 03/30/10 | MGM | | | |
| 03/30/10 | ERW | | | |
| 03/30/10 | GHS | | | |
| 03/31/10 | ATO | | | |
| 03/31/10 | MGM | | | |
| 03/31/10 | ERW | | | |
| 03/31/10 | GHS | | | |

**Total Fees**

**Disbursements**

| Description | Amount |
|------------|--------|
| Prints | 194.20 |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Description | Amount |
|---|---|
| Patent drawings | 495.00 |
| Stenographic transcript of 3-17-2010 motion hearing held before Magistrate Stephen L. Crocker | 48.50 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



**INTELLECTUAL PROPERTY LAW**
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

May 1, 2010
Invoice 583691-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through April 30, 2010

| | |
|---|---|
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

| | Total Due | |
|---|---|---|

| Open Invoices | | | | |
|---|---|---|---|---|
| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Fees | | | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 04/01/10 | MGM | | | |
| 04/01/10 | ATO | | | |
| 04/01/10 | GHS | | | |
| 04/01/10 | ERW | | | |
| 04/02/10 | MGM | | | |
| 04/02/10 | ATO | | | |
| 04/02/10 | GHS | | | |
| 04/02/10 | ERW | | | |
| 04/03/10 | GHS | | | |
| 04/05/10 | ATO | | | |
| 04/05/10 | GHS | | | |
| 04/05/10 | ERW | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/07/10 | MGM | | | |
| 04/08/10 | MGM | | | |
| 04/09/10 | MGM | | | |

**Andrus Intellectual Property Law, LLP**

Douglas Dynamics

May 1, 2010
Invoice  583691-1
Page 4

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

Douglas Dynamics

May 1, 2010
Invoice 583691-1
Page 5

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 352.00 |
| Deposition of Scott Moorman | 1,798.50 |
| Copy charge | 468.14 |
| File histories | 872.50 |

**Total Disbursements**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

**Total Services and Disbursements**

**Total Current Charges**

Balance Forward

**Total Amount Due**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

June 1, 2010
Invoice 585498-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through May 31, 2010

Previous Balance
Payments
Balance Forward

Current Fees
Current Disbursements
Total Current Charges

**Total Due**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | **Fees** | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 05/10/10 | MGM | | | |

Douglas Dynamics

June 1, 2010
Invoice 585498-1
Page 4

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/11/10 | ATO | | | |
| 05/12/10 | MGM | | | |
| 05/12/10 | GHS | | | |
| 05/13/10 | MGM | | | |
| 05/13/10 | GHS | | | |

Douglas Dynamics

June 1, 2010
Invoice 585498-1
Page 5

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/14/10 | MGM | | | |
| 05/17/10 | ATO | | | |
| 05/17/10 | GHS | | | |
| 05/18/10 | ATO | | | |
| 05/18/10 | GHS | | | |
| 05/18/10 | ERW | | | |
| 05/19/10 | ATO | | | |
| 05/19/10 | GHS | | | |
| 05/19/10 | ERW | | | |
| 05/20/10 | ATO | | | |
| 05/20/10 | GHS | | | |
| 05/20/10 | ERW | | | |
| 05/21/10 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/21/10 | GHS | | | |
| 05/21/10 | ERW | | | |
| 05/24/10 | ATO | | | |
| 05/24/10 | GHS | | | |
| 05/24/10 | ERW | | | |
| 05/25/10 | ATO | | | |
| 05/25/10 | GHS | | | |
| 05/25/10 | ERW | | | |
| 05/26/10 | ATO | | | |
| 05/26/10 | MGM | | | |
| 05/26/10 | GHS | | | |
| 05/26/10 | ERW | | | |
| 05/27/10 | MGM | | | |
| 05/27/10 | ATO | | | |

Douglas Dynamics

June 1, 2010
Invoice  585498-1
Page 7

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/27/10 | GHS | | | |
| 05/27/10 | ERW | | | |
| 05/28/10 | ATO | | | |
| 05/28/10 | GHS | | | |
| 05/28/10 | ERW | | | |

**Total Fees**

### Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 146.20 |
| Document production | 104.80 |
| Copy charge | 2,126.84 |
| Washington associate's charge re certified copy of Abstract of Title | 55.00 |
| Washington associate's charge re certified copies of assignments | 905.00 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

July 1, 2010
Invoice 586742-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through June 30, 2010

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/01/10 | ATO | | | |
| 06/01/10 | ERW | | | |
| 06/01/10 | MGM | | | |
| 06/01/10 | GHS | | | |
| 06/02/10 | ATO | | | |
| 06/02/10 | ERW | | | |
| 06/02/10 | ERW | | | |
| 06/02/10 | MGM | | | |
| 06/02/10 | GHS | | | |
| 06/03/10 | ATO | | | |
| 06/03/10 | ERW | | | |
| 06/03/10 | MGM | | | |
| 06/03/10 | GHS | | | |
| 06/04/10 | ATO | | | |
| 06/04/10 | ERW | | | |
| 06/04/10 | GHS | | | |
| 06/05/10 | ATO | | | |
| 06/06/10 | ATO | | | |

Douglas Dynamics

July 1, 2010
Invoice  586742-1
Page 3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/06/10 | ERW | | | |
| 06/07/10 | ATO | | | |
| 06/07/10 | ERW | | | |
| 06/07/10 | MGM | | | |
| 06/07/10 | GHS | | | |
| 06/08/10 | MGM | | | |
| 06/09/10 | ATO | | | |
| 06/09/10 | ERW | | | |
| 06/09/10 | MGM | | | |

Douglas Dynamics

July 1, 2010
Invoice 586742-1
Page 4

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/14/10 | MGM | | | |
| 06/15/10 | ERW | | | |
| 06/16/10 | MGM | | | |
| 06/17/10 | MGM | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/17/10 | ERW | | | |
| 06/18/10 | MGM | | | |
| 06/21/10 | MGM | | | |
| 06/22/10 | MGM | | | |



Douglas Dynamics

July 1, 2010
Invoice 586742-1
Page 6

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/23/10 | MGM | | | |
| 06/24/10 | MGM | | | |
| 06/24/10 | ERW | | | |
| 06/24/10 | GHS | | | |
| 06/25/10 | MGM | | | |
| 06/25/10 | ERW | | | |
| 06/27/10 | ERW | | | |
| 06/28/10 | MGM | | | |
| 06/28/10 | GHS | | | |
| 06/29/10 | MGM | | | |
| 06/29/10 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/29/10 | ERW | | | |
| 06/29/10 | GHS | | | |
| 06/30/10 | MGM | | | |
| 06/30/10 | ATO | | | |
| 06/30/10 | GHS | | | |

| | | **Total Fees** | | |
|---|---|---|---|---|

| Disbursements | |
|---------------|--------|
| **Description** | **Amount** |
| Prints | 131.00 |
| Court reporter | 67.90 |
| Transcript of Joseph M. Prahl, Ph.D. | 2,762.05 |
| Deposition of Joseph Prahl | 1,331.00 |
| Video deposition of Charles Garris | 120.00 |

Douglas Dynamics

July 1, 2010
Invoice 586742-1
Page 8

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Description | Amount |
| --- | --- |
| ██████████████████████████████ | █████████ |
| Total Disbursements | ████████ |
| | |
| **Total Services and Disbursements** | ████████ |
| **Total Current Charges** | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

August 1, 2010
Invoice 589485-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through July 31, 2010

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | Fees | | |
|---|---|---|---|---|
| Date | Atty | Description | Hours | Amount |
| 07/01/10 | ATO | | | |
| 07/01/10 | MGM | | | |
| 07/01/10 | ERW | | | |
| 07/01/10 | GHS | | | |
| 07/02/10 | ATO | | | |
| 07/02/10 | MGM | | | |
| 07/06/10 | ATO | | | |
| 07/07/10 | ATO | | | |
| 07/07/10 | MGM | | | |
| 07/07/10 | GHS | | | |
| 07/08/10 | ATO | | | |
| 07/08/10 | MGM | | | |
| 07/08/10 | ERW | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

August 1, 2010
Invoice 589485-1
Page 3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/09/10 | ATO | | | |
| 07/09/10 | ERW | | | |
| 07/09/10 | GHS | | | |
| 07/12/10 | ATO | | | |
| 07/12/10 | MGM | | | |
| 07/12/10 | ERW | | | |
| 07/12/10 | GHS | | | |
| 07/13/10 | ATO | | | |
| 07/13/10 | ERW | | | |
| 07/13/10 | GHS | | | |
| 07/14/10 | ATO | | | |
| 07/14/10 | ERW | | | |
| 07/14/10 | GHS | | | |
| 07/15/10 | MGM | | | |
| 07/15/10 | ATO | | | |
| 07/15/10 | ERW | | | |
| 07/15/10 | GHS | | | |
| 07/16/10 | ATO | | | |

Douglas Dynamics

August 1, 2010
Invoice  589485-1
Page 4

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/16/10 | ERW | | | |
| 07/16/10 | GHS | | | |
| 07/19/10 | MGM | | | |
| 07/19/10 | ERW | | | |
| 07/19/10 | GHS | | | |
| 07/20/10 | RHB | | | |
| 07/20/10 | ATO | | | |
| 07/21/10 | RHB | | | |
| 07/21/10 | ATO | | | |
| 07/21/10 | GHS | | | |
| 07/22/10 | RHB | | | |
| 07/22/10 | ATO | | | |
| 07/22/10 | MGM | | | |
| 07/22/10 | GHS | | | |
| 07/23/10 | RHB | | | |
| 07/23/10 | ATO | | | |
| 07/23/10 | MGM | | | |

Douglas Dynamics

August 1, 2010
Invoice 589485-1
Page 5

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |
| 07/24/10 | RHB | | | |
| 07/24/10 | ERW | | | |
| 07/26/10 | RHB | | | |
| 07/26/10 | MGM | | | |
| 07/26/10 | ATO | | | |
| 07/26/10 | ERW | | | |
| 07/27/10 | MGM | | | |
| 07/27/10 | ATO | | | |
| 07/27/10 | ERW | | | |
| 07/28/10 | RHB | | | |
| 07/28/10 | ATO | | | |
| 07/29/10 | RHB | | | |
| 07/29/10 | ATO | | | |
| 07/30/10 | MGM | | | |
| 07/30/10 | ATO | | | |

**Total Fees**

**Disbursements**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Description | Amount |
| --- | --- |
| Prints | 265.60 |
| | |
| Document production | 1,042.80 |
| | |
| File history | 292.50 |
| **Total Disbursements** | |
| | |
| **Total Services and Disbursements** | |
| **Total Current Charges** | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

September 1, 2010
Invoice 590093-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through August 31, 2010

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

**Andrus Intellectual Property Law, LLP**

Douglas Dynamics                                    September 1, 2010
                                                    Invoice 590093-1
4654-00016                                          Page 2
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Fees** | | |
| 08/01/10 | RHB | | | |
| 08/02/10 | DIH | | | |
| 08/02/10 | RHB | | | |
| 08/02/10 | ATO | | | |
| 08/02/10 | MGM | | | |
| 08/03/10 | DIH | | | |
| 08/03/10 | RHB | | | |
| 08/03/10 | ATO | | | |
| 08/03/10 | MGM | | | |
| 08/04/10 | RHB | | | |
| 08/04/10 | ATO | | | |
| 08/04/10 | MGM | | | |
| 08/04/10 | GHS | | | |
| 08/05/10 | DIH | | | |
| 08/05/10 | ATO | | | |
| 08/05/10 | MGM | | | |
| 08/05/10 | GHS | | | |

Douglas Dynamics                                      September 1, 2010
                                                      Invoice  590093-1
4654-00016                                                     Page 3
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/06/10 | ATO | | | |
| 08/06/10 | GHS | | | |
| 08/09/10 | RHB | | | |
| 08/09/10 | MGM | | | |
| 08/09/10 | ATO | | | |
| 08/09/10 | GHS | | | |
| 08/10/10 | RHB | | | |
| 08/10/10 | MGM | | | |
| 08/10/10 | ATO | | | |
| 08/10/10 | GHS | | | |
| 08/11/10 | RHB | | | |
| 08/11/10 | MGM | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

September 1, 2010
Invoice 590093-1
Page 4

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/11/10 | ATO | | | |
| 08/11/10 | GHS | | | |
| 08/12/10 | RHB | | | |
| 08/12/10 | MGM | | | |
| 08/12/10 | ATO | | | |
| 08/12/10 | GHS | | | |
| 08/13/10 | MGM | | | |
| 08/13/10 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/16/10 | ATO | | | |
| 08/16/10 | MGM | | | |
| 08/18/10 | ATO | | | |



Douglas Dynamics

September 1, 2010
Invoice  590093-1
Page 6

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/21/10 | ATO | | | |
| 08/23/10 | DIH | | | |
| 08/23/10 | ATO | | | |
| 08/23/10 | MGM | | | |
| 08/23/10 | GHS | | | |
| 08/24/10 | DIH | | | |
| 08/24/10 | ATO | | | |
| 08/24/10 | MGM | | | |
| 08/24/10 | GHS | | | |
| 08/25/10 | DIH | | | |
| 08/25/10 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/25/10 | GHS | | | |
| 08/26/10 | MGM | | | |
| 08/26/10 | GHS | | | |
| 08/27/10 | ATO | | | |
| 08/30/10 | RHB | | | |
| 08/30/10 | DIH | | | |
| 08/30/10 | ATO | | | |
| 08/30/10 | ERW | | | |
| 08/31/10 | DIH | | | |
| 08/31/10 | RHB | | | |
| 08/31/10 | RHB | | | |
| 08/31/10 | MGM | | | |
| 08/31/10 | ATO | | | |
| 08/31/10 | GHS | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

September 1, 2010
Invoice  590093-1
Page 8

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| | |
| Prints | 47.60 |
| | |
| Deposition transcript re Charles Garris, M.C. | 1,084.00 |
| Document charge | 121.25 |
| Deposition transcript of Marian Mantel | 2,173.50 |
| Deposition of transcript of Thomas Gries and Robert Crouch | 1,627.92 |
| Deposition transcript of David Zelis and James Bala | 1,485.86 |
| Videographer re deposition of Marion Mantel | 1,253.00 |
| Videographer re depositions of David Zelis and James Bala | 1,110.00 |
| Videographer re depositions of Tim Gries and Bob Crouch | 1,130.00 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin  53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI  53223

October 1, 2010
Invoice  591551-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through  September 30, 2010

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

October 1, 2010
Invoice 591551-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Fees | | | | |
|---|---|---|---|---|
| Date | Atty | Description | Hours | Amount |
| 09/01/10 | RHB | | | |
| 09/01/10 | RHB | | | |
| 09/01/10 | DIH | | | |
| 09/01/10 | ATO | | | |
| 09/01/10 | MGM | | | |
| 09/01/10 | GHS | | | |
| 09/02/10 | ATO | | | |
| 09/02/10 | MGM | | | |
| 09/02/10 | GHS | | | |
| 09/03/10 | ATO | | | |
| 09/03/10 | MGM | | | |
| 09/04/10 | ERW | | | |
| 09/05/10 | MGM | | | |
| 09/06/10 | MGM | | | |
| 09/07/10 | RHB | | | |
| 09/07/10 | MGM | | | |
| 09/07/10 | ATO | | | |
| 09/07/10 | GHS | | | |

Douglas Dynamics

October 1, 2010
Invoice 591551-1
Page 3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/08/10 | RHB | | | |
| 09/08/10 | DIH | | | |
| 09/08/10 | MGM | | | |
| 09/08/10 | ATO | | | |
| 09/08/10 | GHS | | | |
| 09/09/10 | DIH | | | |
| 09/09/10 | ERW | | | |
| 09/09/10 | MGM | | | |
| 09/09/10 | ATO | | | |
| 09/09/10 | GHS | | | |
| 09/10/10 | ATO | | | |
| 09/10/10 | ERW | | | |
| 09/10/10 | MGM | | | |
| 09/10/10 | GHS | | | |
| 09/11/10 | ATO | | | |
| 09/13/10 | DIH | | | |
| 09/13/10 | ERW | | | |

Douglas Dynamics

October 1, 2010
Invoice 591551-1
Page 4

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/13/10 | MGM | | | |
| 09/13/10 | ATO | | | |
| 09/13/10 | GHS | | | |
| 09/14/10 | DIH | | | |
| 09/14/10 | ATO | | | |
| 09/14/10 | MGM | | | |
| 09/14/10 | GHS | | | |
| 09/15/10 | DIH | | | |
| 09/15/10 | ATO | | | |
| 09/15/10 | ERW | | | |
| 09/15/10 | MGM | | | |
| 09/15/10 | GHS | | | |
| 09/16/10 | DIH | | | |
| 09/16/10 | ERW | | | |

Douglas Dynamics

October 1, 2010
Invoice 591551-1
Page 5

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/16/10 | ATO | | | |
| 09/16/10 | MGM | | | |
| 09/17/10 | DIH | | | |
| 09/17/10 | ERW | | | |
| 09/17/10 | ATO | | | |
| 09/17/10 | MGM | | | |
| 09/17/10 | GHS | | | |
| 09/18/10 | ERW | | | |
| 09/18/10 | MGM | | | |
| 09/18/10 | ATO | | | |
| 09/20/10 | DIH | | | |
| 09/20/10 | ATO | | | |
| 09/20/10 | MGM | | | |
| 09/20/10 | ERW | | | |
| 09/20/10 | GHS | | | |
| 09/21/10 | DIH | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/21/10 | ATO | | | |
| 09/21/10 | MGM | | | |
| 09/22/10 | DIH | | | |
| 09/22/10 | ATO | | | |
| 09/22/10 | MGM | | | |
| 09/22/10 | ERW | | | |
| 09/22/10 | ERW | | | |
| 09/22/10 | GHS | | | |
| 09/23/10 | DIH | | | |
| 09/23/10 | RHB | | | |
| 09/23/10 | ATO | | | |
| 09/23/10 | TKV | | | |
| 09/23/10 | MGM | | | |
| 09/23/10 | ERW | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/23/10 | GHS | | | |
| 09/24/10 | DIH | | | |
| 09/24/10 | ATO | | | |
| 09/24/10 | MGM | | | |
| 09/24/10 | ERW | | | |
| 09/24/10 | GHS | | | |
| 09/25/10 | ATO | | | |
| 09/27/10 | DIH | | | |
| 09/27/10 | ATO | | | |
| 09/27/10 | MGM | | | |
| 09/27/10 | ERW | | | |
| 09/27/10 | GHS | | | |
| 09/28/10 | DIH | | | |
| 09/28/10 | MGM | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/28/10 | ERW | | | |
| 09/29/10 | DIH | | | |
| 09/29/10 | MGM | | | |
| 09/29/10 | ATO | | | |
| 09/29/10 | ERW | | | |
| 09/29/10 | GHS | | | |
| 09/30/10 | DIH | | | |
| 09/30/10 | MGM | | | |
| 09/30/10 | ERW | | | |

Douglas Dynamics                                          October 1, 2010
                                                          Invoice  591551-1
4654-00016                                                         Page 9
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
|      |      |             |       |        |

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 13.80 |
| Video MPEG creation and video/audio synchronization | 2,050.25 |
| Copy charge | 3,325.45 |
| Copy charge | 1,626.61 |
| Copy charge | 386.68 |
| Deposition of Gary E. Watson | 2,006.45 |
| Deposition transcript of James Janik | 845.85 |
| Stenographic transcript of Final PT conference | 77.40 |
| Document production charge | 26.76 |
| Stenographic transcript of 9-28-10 Status conference | 24.25 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

November 1, 2010
Invoice 593212-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through October 31, 2010

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

| **Open Invoices** | | | | |
|---|---|---|---|---|
| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |

Douglas Dynamics

November 1, 2010
Invoice 593212-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | Fees | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 10/01/10 | MGM | | | |
| 10/01/10 | DIH | | | |
| 10/01/10 | ATO | | | |
| 10/01/10 | GHS | | | |
| 10/01/10 | ERW | | | |
| 10/02/10 | ATO | | | |
| 10/03/10 | ATO | | | |
| 10/03/10 | ERW | | | |
| 10/04/10 | MGM | | | |
| 10/04/10 | DIH | | | |
| 10/04/10 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/04/10 | GHS | | | |
| 10/04/10 | ERW | | | |
| 10/05/10 | RHB | | | |
| 10/05/10 | MGM | | | |
| 10/05/10 | DIH | | | |
| 10/05/10 | GHS | | | |
| 10/05/10 | ERW | | | |
| 10/05/10 | ATO | | | |
| 10/06/10 | RHB | | | |
| 10/06/10 | MGM | | | |
| 10/06/10 | DIH | | | |
| 10/06/10 | ATO | | | |
| 10/06/10 | GHS | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/06/10 | ERW | | | |
| 10/07/10 | MGM | | | |
| 10/07/10 | DIH | | | |
| 10/07/10 | ATO | | | |
| 10/07/10 | GHS | | | |
| 10/07/10 | ERW | | | |
| 10/08/10 | MGM | | | |
| 10/08/10 | DIH | | | |
| 10/08/10 | ATO | | | |
| 10/08/10 | GHS | | | |
| 10/08/10 | ERW | | | |
| 10/09/10 | MGM | | | |
| 10/09/10 | DIH | | | |
| 10/09/10 | ATO | | | |
| 10/09/10 | GHS | | | |
| 10/09/10 | ERW | | | |
| 10/10/10 | MGM | | | |
| 10/10/10 | DIH | | | |
| 10/10/10 | ATO | | | |

Douglas Dynamics

November 1, 2010
Invoice 593212-1
Page 5

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/10/10 | GHS | | | |
| 10/10/10 | ERW | | | |
| 10/11/10 | MGM | | | |
| 10/11/10 | DIH | | | |
| 10/11/10 | ATO | | | |
| 10/11/10 | GHS | | | |
| 10/11/10 | ERW | | | |
| 10/12/10 | MGM | | | |
| 10/12/10 | DIH | | | |
| 10/12/10 | ATO | | | |
| 10/12/10 | GHS | | | |
| 10/12/10 | ERW | | | |
| 10/13/10 | RHB | | | |
| 10/13/10 | MGM | | | |
| 10/13/10 | BRI | | | |
| 10/13/10 | DIH | | | |
| 10/13/10 | ATO | | | |
| 10/13/10 | GHS | | | |
| 10/13/10 | ERW | | | |
| 10/14/10 | RHB | | | |
| 10/14/10 | MGM | | | |
| 10/14/10 | BRI | | | |
| 10/14/10 | DIH | | | |
| 10/14/10 | ATO | | | |
| 10/14/10 | GHS | | | |
| 10/14/10 | ERW | | | |
| 10/15/10 | MGM | | | |
| 10/15/10 | DIH | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/15/10 | ATO | | | |
| 10/15/10 | GHS | | | |
| 10/15/10 | ERW | | | |
| 10/18/10 | DIH | | | |
| 10/18/10 | ATO | | | |
| 10/18/10 | GHS | | | |
| 10/18/10 | ERW | | | |
| 10/19/10 | MGM | | | |
| 10/19/10 | DIH | | | |
| 10/19/10 | GHS | | | |
| 10/19/10 | ATO | | | |
| 10/19/10 | ERW | | | |
| 10/20/10 | MGM | | | |
| 10/20/10 | GHS | | | |
| 10/20/10 | ATO | | | |
| 10/20/10 | ERW | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/21/10 | DIH | | | |
| 10/21/10 | GHS | | | |
| 10/21/10 | ATO | | | |
| 10/22/10 | MGM | | | |
| 10/22/10 | DIH | | | |
| 10/22/10 | GHS | | | |
| 10/22/10 | ATO | | | |
| 10/22/10 | ERW | | | |
| 10/25/10 | DIH | | | |
| 10/25/10 | GHS | | | |
| 10/26/10 | DIH | | | |
| 10/26/10 | GHS | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

November 1, 2010
Invoice 593212-1
Page 8

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/27/10 | GHS | | | |
| 10/28/10 | GHS | | | |
| 10/29/10 | DIH | | | |
| 10/29/10 | GHS | | | |
| 10/29/10 | ATO | | | |
| 10/29/10 | ERW | | | |



**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 1.80 |
| | |
| Deposition transcript of Andrew Finger | 2,365.25 |
| Trial transcripts | 2,535.01 |
| Trial transcripts | 2,255.50 |
| | |
| Copy charge | 3,614.43 |
| DVD creation | 760.32 |

Douglas Dynamics

November 1, 2010
Invoice  593212-1
Page 9

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Description | Amount |
|---|---|
| DVD duplication | 63.30 |
| Copy charge | 29.43 |
| Color trial boards | 3,133.35 |
| Copy charge | 42,719.99 |
| Video creation and synchronization | 707.50 |
| Deposition transcript of Richard Bero | 1,118.28 |
| Deposition transcript of Andy Finger | 1,438.00 |
| Stenographic transcript of Final hearing held before Chief Judge William M. Conley | 339.50 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**

Balance Forward

**Total Amount Due**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

December 1, 2010
Invoice 595368-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through November 30, 2010

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | **Fees** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | | **Hours** | **Amount** |

| | | | | |
|---|---|---|---|---|
| | | | **Total Fees** | |

| **Disbursements** | |
|---|---|
| **Description** | **Amount** |

| | |
|---|---|
| Copies | 21.00 |
| Document conversion | 1,343.99 |
| **Total Disbursements** | |

Douglas Dynamics

December 1, 2010
Invoice 595368-1
Page 3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | |
|---|---|
| **Total Services and Disbursements** | |
| **Total Current Charges** | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

January 1, 2011
Invoice 596976-1

4654-00016

Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through December 31, 2010

| | |
|---|---|
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

| | |
|---|---|
| **Total Due** | **10,222.96** |

| Open Invoices | | | | |
|---|---|---|---|---|
| **Invoice Date** | **Invoice Number** | **Original Amount** | **Payments and Credits** | **Balance** |
| | | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

January 1, 2011
Invoice 596976-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Fees | | | | | |
|------|--|--|--|--|--|
| Date | Atty | Description | | Hours | Amount |
| | | | Total Fees | | █████ |

| Disbursements | |
|---------------|--|
| Description | Amount |
| | Total Disbursements █████ |

| | |
|--|--|
| Total Services and Disbursements | █████ |
| **Total Current Charges** | |
| Balance Forward | |
| **Total Amount Due** | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin  53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI  53223

February 1, 2011
Invoice  598843-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through January 31, 2011

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Total Current Charges | |

**Total Due**

| Open Invoices | | | | |
|---|---|---|---|---|
| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
| | | | | |

Douglas Dynamics

February 1, 2011
Invoice 598843-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Fees | | | | | |
|------|------|-------------|-------|--------|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| | | | | |

Total Fees

**Total Services and Disbursements**
**Total Current Charges**
Balance Forward
**Total Amount Due**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

March 1, 2011
Invoice 601095-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through February 28, 2011

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Total Current Charges | |

**Total Due**

| | |
|---|---|
| **Open Invoices** | | | | |

| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|---|
| | | | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

March 1, 2011
Invoice  601095-1
Page  2

## Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/22/11 | GHS | | | |
| 02/23/11 | GHS | | | |
| | | | | |
| 02/28/11 | ATO | | | |
| 02/28/11 | GHS | | | |



**Total Fees**

| | |
|---|---|
| **Total Services and Disbursements** | |
| **Total Current Charges** | |
| Balance Forward | |
| **Total Amount Due** | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin  53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI  53223

April 1, 2011
Invoice  601582-2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through March 31, 2011

| | |
|---|---|
| Balance Forward | |
| Current Fees | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

April 1, 2011
Invoice 601582-2
Page 2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |

**Total Fees**

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

**Total Services and Disbursements** ████████

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

April 1, 2011
Invoice 601582-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through March 31, 2011

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

**Open Invoices**

| Invoice Date | Invoice Number | | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|---|
| | | | | | |

Douglas Dynamics

April 1, 2011
Invoice 601582-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | Fees | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 03/01/11 | DIH | | | |
| 03/01/11 | GHS | | | |
| 03/03/11 | ATO | | | |
| 03/04/11 | DIH | | | |
| 03/09/11 | ATO | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/10/11 | ATO | | | |
| 03/16/11 | GHS | | | |
| 03/25/11 | ATO | | | |
| 03/25/11 | GHS | | | |
| 03/28/11 | ATO | | | |
| 03/28/11 | GHS | | | |
| 03/29/11 | ATO | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

April 1, 2011
Invoice 601582-1
Page 4

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/29/11 | GHS | | | |
| 03/30/11 | ATO | | | |
| 03/30/11 | GHS | | | |
| 03/31/11 | ATO | | | |
| 03/31/11 | GHS | | | |



**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**

Balance Forward

**Total Amount Due**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

May 1, 2011
Invoice 603650-4

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through April 30, 2011

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

May 1, 2011
Invoice  603650-4
Page  2

| Fees | | | | | |
|------|--|--|--|--|--|
| **Date** | **Atty** | **Description** | | **Hours** | **Amount** |



**Total Fees**

| Disbursements | |
|---------------|--|
| **Description** | **Amount** |

**Total Disbursements**

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| | |
|---|---|
| **Total Services and Disbursements** | |
| **Total Current Charges** | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

May 1, 2011
Invoice 603650-2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through April 30, 2011

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

May 1, 2011
Invoice  603650-2
Page  2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

## Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 04/01/11 | ATO | | | |
| 04/01/11 | GHS | | | |
| 04/04/11 | ATO | | | |
| 04/04/11 | GHS | | | |
| 04/05/11 | ATO | | | |
| 04/05/11 | GHS | | | |
| 04/11/11 | ATO | | | |
| 04/12/11 | GHS | | | |



**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 2.20 |

# Andrus Intellectual Property Law, LLP

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Description | Amount |
|---|---|
| Total Disbursements | ███████ |
| | |
| Total Services and Disbursements | ███████ |
| Total Current Charges | ███████ |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

November 1, 2011
Invoice 612803-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through October 31, 2011

| | |
|---|---|
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | Fees | | | |
| --- | --- | --- | --- | --- |
| Date | Atty | Description | Hours | Amount |

Douglas Dynamics                                                                                                November 1, 2011
                                                                                                                      Invoice  612803-1
4654-00016                                                                                                                       Page 3
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

**Total Fees**

| Disbursements | |
|---|---|
| **Description** | **Amount** |
| Prints | 90.80 |

**Total Disbursements**

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

**Total Services and Disbursements**
**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

December 1, 2011
Invoice 615423-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through November 30, 2011

| | |
|---|---|
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

| **Total Due** | |
|---|---|

Douglas Dynamics

December 1, 2011
Invoice  615423-1
Page  2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| | | **Fees** | | |
|------|------|-------------|-------|--------|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

December 1, 2011
Invoice 615423-1
Page 3

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|



Total Fees

**Disbursements**

| Description | Amount |
|-------------|--------|

Total Disbursements

Total Services and Disbursements

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

December 30, 2011
Invoice 615446-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through December 30, 2011

| | |
|---|---|
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

| **Total Due** | |
|---|---|

| **Open Invoices** | | | | | |
|---|---|---|---|---|---|
| **Invoice Date** | **Invoice Number** | | **Original Amount** | **Payments and Credits** | **Balance** |

**Andrus Intellectual Property Law, LLP**

Douglas Dynamics                                                    December 30, 2011
Invoice  615446-1
4654-00019                                                          Page  2
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

# Andrus Intellectual Property Law, LLP

(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |

**Total Fees**

**Disbursements**

| Description | Amount |
|-------------|--------|
| | |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**

Balance Forward

**Total Amount Due**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

March 1, 2012
Invoice 619196-3

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through February 29, 2012

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

March 1, 2012
Invoice 619196-3
Page 2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

**Fees**



Total Fees

**Disbursements**

| Description | Amount |
|-------------|--------|

Douglas Dynamics

March 1, 2012
Invoice 619196-3
Page 3

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Description | Amount |
|---|---|
| | |
| Total Disbursements | |
| Total Services and Disbursements | |
| Total Current Charges | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

April 1, 2012
Invoice 621512-2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through March 31, 2012

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

April 1, 2012
Invoice 621512-2
Page 2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| | | **Fees** | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |

# Andrus Intellectual Property Law, LLP

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| | |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin  53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI  53223

May 1, 2012
Invoice  622327-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through  April 30, 2012

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

May 1, 2012
Invoice 622327-1
Page 2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Fees | | | | |
| --- | --- | --- | --- | --- |
| Date | Atty | Description | Hours | Amount |

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|



**Total Fees**

**Disbursements**

| Description | Amount |
|-------------|--------|

Douglas Dynamics

May 1, 2012
Invoice 622327-1
Page 4

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Description | Amount |
|---|---|
| ███████████████████████████████████ | ██████ |
| Total Disbursements | ██████ |
| Total Services and Disbursements | ██████ |
| Total Current Charges | ██████ |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

June 1, 2012
Invoice 625164-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through May 31, 2012

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

June 1, 2012
Invoice 625164-1
Page 2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| | Fees | | |
|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** **Amount** |



Total Fees

Total Services and Disbursements

Total Current Charges



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

July 1, 2012
Invoice 626328-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through June 30, 2012

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

July 1, 2012
Invoice 626328-1
Page 2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Fees** | | |

Douglas Dynamics

July 1, 2012
Invoice 626328-1
Page 3

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

Total Fees

**Disbursements**

Description | Amount

Total Disbursements

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

**Total Services and Disbursements** 

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

July 1, 2012
Invoice 626328-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through June 30, 2012

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| | | **Fees** | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |

Douglas Dynamics                                           July 1, 2012
                                                      Invoice  626328-1
                                                               Page 3
4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |

**Total Fees**

| Disbursements | |
| --- | --- |
| **Description** | **Amount** |

**Total Disbursements**

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

**Total Services and Disbursements** 

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

August 1, 2012
Invoice 627567-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through July 31, 2012

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics                                                      August 1, 2012
                                                                     Invoice  627567-1
4654-00019                                                              Page  2
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

07/13/12  ATO

07/16/12  ATO

**Andrus Intellectual Property Law, LLP**

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/31/12 | ATO | | | |



**Total Fees**

**Disbursements**

| Description | Amount |
|-------------|--------|

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

October 25, 2012
Invoice 630954-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through September 30, 2012

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

October 25, 2012
Invoice 630954-1
Page 2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| | | Fees | | |
|---|---|---|---|---|
| Date | Atty | Description | Hours | Amount |
| | | | | |
| 08/16/12 | GHS | | | |
| 08/17/12 | GHS | | | |
| 08/21/12 | GHS | | | |
| 08/23/12 | GHS | | | |



Total Fees

Total Services and Disbursements
Total Current Charges



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

December 21, 2012
Invoice 634063-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through November 30, 2012

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics                                                December 21, 2012
                                                                Invoice  634063-1
4654-00019                                                              Page  2
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| | | Fees | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 08/24/12 | ATO | | | |
| 08/28/12 | ATO | | | |
| 09/18/12 | ATO | | | |

Douglas Dynamics

December 21, 2012
Invoice 634063-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|



**Total Fees**

**Disbursements**

| Description | Amount |
|-------------|--------|

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Description | Amount |
| --- | --- |
| | |
| Total Disbursements | |
| | |
| Total Services and Disbursements | |
| Total Current Charges | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

April 1, 2013
Invoice 639671-2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through March 31, 2013

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Disbursements | |
| --- | --- |
| **Description** | **Amount** |
| ██████████████████████████████████ | |
| Total Disbursements | ████████ |
| | |
| **Total Services and Disbursements** | ████████ |
| **Total Current Charges** | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

June 1, 2013
Invoice 641435-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through May 31, 2013

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Fees | | | | | |
|------|------|-------------|-------|--------|
| Date | Atty | Description | Hours | Amount |

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |

|  |  |
|---|---|
| **Total Fees** | |

| Disbursements | | |
|---|---|---|

| Description | | Amount |
|---|---|---|
| | | |
| **Total Disbursements** | | |

| **Total Services and Disbursements** | |
|---|---|
| **Total Current Charges** | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

July 1, 2013
Invoice 643197-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through June 30, 2013

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

# Andrus Intellectual Property Law, LLP

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

## Fees

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |
| 06/19/13 | ATO | | | |
| 06/19/13 | ERW | | | |
| 06/19/13 | GHS | | | |
| 06/19/13 | CRL | | | |



**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| | |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



**INTELLECTUAL PROPERTY LAW**
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

August 1, 2013
Invoice 644310-1

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through July 31, 2013

| | |
|---|---|
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

| | |
|---|---|
| **Total Due** | |

| | | | | |
|---|---|---|---|---|
| | | **Open Invoices** | | |
| **Invoice Date** | **Invoice Number** | **Original Amount** | **Payments and Credits** | **Balance** |

Douglas Dynamics

August 1, 2013
Invoice 644310-1
Page 2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | **Fees** | | |
| 07/23/13 | CRL | | | |
| 07/23/13 | ERW | | | |
| 07/23/13 | ATO | | | |
| 07/24/13 | CRL | | | |
| 07/24/13 | ERW | | | |
| 07/24/13 | ATO | | | |
| 07/25/13 | CRL | | | |
| 07/25/13 | ERW | | | |
| 07/26/13 | CRL | | | |
| 07/26/13 | ERW | | | |
| 07/26/13 | ATO | | | |
| 07/29/13 | CRL | | | |
| 07/29/13 | ERW | | | |
| 07/29/13 | ATO | | | |
| 07/30/13 | CRL | | | |
| 07/30/13 | ERW | | | |
| 07/30/13 | ATO | | | |
| 07/31/13 | CRL | | | |
| 07/31/13 | ERW | | | |

# Andrus Intellectual Property Law, LLP

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/31/13 | ATO | ████████████████████████████████ | | |
| | | **Total Fees** | | ████████ |

## Disbursements

| Description | Amount |
|-------------|--------|
| ██████████████████████████████████ | ████ |
| **Total Disbursements** | ████ |

| | |
|---|---|
| **Total Services and Disbursements** | ████ |
| **Total Current Charges** | |
| Balance Forward | |
| **Total Amount Due** | |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

September 1, 2013
Invoice 645656-2

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

For Services Rendered Through August 31, 2013

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics                                                    September 1, 2013
                                                                   Invoice  645656-2
4654-00019                                                                  Page  2
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| | | **Fees** | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 07/24/13 | GHS | | | |
| 07/24/13 | GHS | | | |
| 07/25/13 | GHS | | | |
| 07/26/13 | GHS | | | |
| 07/29/13 | GHS | | | |
| 07/30/13 | GHS | | | |
| 07/31/13 | GHS | | | |
| 08/01/13 | ATO | | | |
| 08/01/13 | CRL | | | |
| 08/01/13 | GHS | | | |
| 08/01/13 | ERW | | | |
| 08/05/13 | ATO | | | |
| 08/06/13 | ATO | | | |
| 08/06/13 | CRL | | | |
| 08/06/13 | GHS | | | |
| 08/12/13 | ERW | | | |
| 08/14/13 | CRL | | | |
| 08/14/13 | GHS | | | |
| 08/14/13 | ERW | | | |
| 08/15/13 | ATO | | | |
| 08/15/13 | CRL | | | |

Douglas Dynamics

4654-00019
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/15/13 | ERW | | | |
| 08/15/13 | ERW | | | |
| 08/16/13 | ATO | | | |
| 08/16/13 | CRL | | | |
| 08/16/13 | GHS | | | |
| 08/16/13 | ERW | | | |
| 08/19/13 | ATO | | | |
| 08/19/13 | CRL | | | |
| 08/19/13 | GHS | | | |
| 08/19/13 | ERW | | | |
| 08/20/13 | ATO | | | |
| 08/20/13 | CRL | | | |
| 08/20/13 | GHS | | | |
| 08/20/13 | ERW | | | |
| 08/21/13 | ATO | | | |
| 08/22/13 | GHS | | | |

Douglas Dynamics                                        September 1, 2013
                                                        Invoice  645656-2
4654-00019                                                       Page 4
(Court of Appeals for the Federal Circuit Appeal)
Douglas Dynamics, LLC v. Buyers Products Company
Appeal No. 2011-1291
Appeal No. 2012-1046
Appeal No. 2012-1057

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |

Total Fees

### Disbursements

| Description | Amount |
| --- | --- |

Total Disbursements

Total Services and Disbursements

Total Current Charges



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

September 1, 2013
Invoice 645656-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through August 31, 2013

| Balance Forward | |
| Current Fees | |
| Total Current Charges | |

| Total Due | |

**Andrus Intellectual Property Law, LLP**

Douglas Dynamics

September 1, 2013
Invoice 645656-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | | Fees | | |
|---|---|---|---|---|---|
| Date | Atty | Description | | Hours | Amount |



| | | | | | |
|---|---|---|---|---|---|
| | | | **Total Fees** | | |

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

October 1, 2013
Invoice 646991-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through September 30, 2013

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics                                                    October 1, 2013
                                                            Invoice  646991-1
4654-00016                                                              Page  2
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| **Fees** | | | | |
| 09/04/13 | CRL | | | |
| 09/04/13 | ERW | | | |
| 09/04/13 | ATO | | | |
| 09/05/13 | GHS | | | |
| 09/09/13 | GHS | | | |
| 09/12/13 | GHS | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/18/13 | CRL | | | |

Douglas Dynamics

October 1, 2013
Invoice 646991-1
Page 4

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|



09/26/13 GHS

**Total Fees**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

November 1, 2013
Invoice 648558-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through October 31, 2013

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | Fees | | | | |
|---|---|---|---|---|---|
| Date | Atty | Description | | Hours | Amount |

Douglas Dynamics
November 1, 2013
Invoice  648558-1
Page 3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

Total Fees

| Disbursements | | |
|---|---|---|
| **Description** | | **Amount** |

Total Disbursements

Total Services and Disbursements
Total Current Charges



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

December 1, 2013
Invoice 649598-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through November 30, 2013

| Balance Forward | |
| Current Fees | |
| Total Current Charges | |

| | **Total Due** | |

| **Open Invoices** | | | | |
| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |

**Andrus Intellectual Property Law, LLP**

Douglas Dynamics

December 1, 2013
Invoice 649598-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| | | **Fees** | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 10/01/13 | GHS | | | |
| 11/01/13 | CRL | | | |



# Andrus Intellectual Property Law, LLP

Douglas Dynamics                                      December 1, 2013
                                                      Invoice 649598-1
4654-00016                                                      Page 3
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

**Total Fees**

**Total Services and Disbursements**

**Total Current Charges**

Balance Forward

**Total Amount Due**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

December 27, 2013
Invoice 650736-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through December 26, 2013

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

| Open Invoices | | | | | |
|---|---|---|---|---|---|
| **Invoice Date** | **Invoice Number** | | **Original Amount** | **Payments and Credits** | **Balance** |

## Andrus Intellectual Property Law, LLP

Douglas Dynamics

December 27, 2013
Invoice 650736-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/01/13 | ERW | | | |

# Andrus Intellectual Property Law, LLP

Douglas Dynamics

December 27, 2013
Invoice  650736-1
Page 3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| | |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**

Balance Forward

**Total Amount Due**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin  53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI  53223

January 1, 2014
Invoice  650904-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through December 31, 2013

| | |
|---|---|
| Balance Forward | |
| Current Fees | |
| Total Current Charges | |

| | |
|---|---|
| **Total Due** | |

| Open Invoices | | | | |
|---|---|---|---|---|
| **Invoice Date** | **Invoice Number** | **Original Amount** | **Payments and Credits** | **Balance** |
| | | | | |

## Andrus Intellectual Property Law, LLP

Douglas Dynamics

January 1, 2014
Invoice 650904-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Fees | | | | |
|---|---|---|---|---|
| Date | Atty | Description | Hours | Amount |
| | | ███████████████ | | |
| 12/28/13 | ERW | | | |
| | | ███████████████ | | |
| 12/31/13 | ERW | | | |
| 12/31/13 | ATO | | | |

| | | |
|---|---|---|
| **Total Fees** | | ████████ |

| | |
|---|---|
| **Total Services and Disbursements** | ████████ |
| **Total Current Charges** | |
| Balance Forward | |
| **Total Amount Due** | ████████ |



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

February 1, 2014
Invoice 652147-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Total Current Charges | |

**Total Due**

| **Open Invoices** | | | | |
|---|---|---|---|---|
| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Fees | | | | |
|---|---|---|---|---|
| Date | Atty | Description | Hours | Amount |
| 01/02/14 | ATO | | | |
| 01/02/14 | ERW | | | |
| 01/03/14 | ATO | | | |
| 01/03/14 | ERW | | | |
| 01/03/14 | ERW | | | |
| 01/05/14 | ERW | | | |
| 01/06/14 | ATO | | | |
| 01/06/14 | CRL | | | |
| 01/06/14 | ERW | | | |
| 01/07/14 | ATO | | | |
| 01/07/14 | CRL | | | |
| 01/07/14 | ERW | | | |
| 01/08/14 | CRL | | | |
| 01/08/14 | ERW | | | |
| 01/09/14 | CRL | | | |
| 01/09/14 | ERW | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/10/14 | ERW | | | |
| 01/11/14 | ERW | | | |
| 01/15/14 | ATO | | | |
| 01/15/14 | ERW | | | |
| 01/16/14 | ATO | | | |
| 01/16/14 | CRL | | | |
| 01/16/14 | ERW | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

Total Fees

Total Services and Disbursements

**Total Current Charges**

Balance Forward

**Total Amount Due**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

March 1, 2014
Invoice 653253-2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through February 28, 2014

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

March 1, 2014
Invoice  653253-2
Page  2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Fees | | | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 01/02/14 | GHS | | | |
| 01/07/14 | GHS | | | |
| 01/21/14 | GHS | | | |
| 02/03/14 | RHB | | | |
| 02/04/14 | RHB | | | |
| 02/04/14 | CRL | | | |
| 02/04/14 | ERW | | | |

Douglas Dynamics

March 1, 2014
Invoice 653253-2
Page 3

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/05/14 | RHB | | | |
| 02/06/14 | RHB | | | |
| 02/07/14 | RHB | | | |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | | | |

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 1.80 |
| Rip 5 videos from YouTube  and provid on disc. | 150.00 |
| **Total Disbursements** | |

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

April 1, 2014
Invoice 654526-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through March 31, 2014

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

April 1, 2014
Invoice 654526-1
Page 2

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Fees | | | | | |
|------|------|-------------|-------|--------|
| Date | Atty | Description | Hours | Amount |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |

Douglas Dynamics

April 1, 2014
Invoice 654526-1
Page 5

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| ████ | ████ | ██████████████████████████████ | | ████ |

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| ████████████████████████████████ | ████ |
| Prints | 5.00 |

**Total Disbursements**

**Total Services and Disbursements**

**Total Current Charges**



INTELLECTUAL PROPERTY LAW
A Wisconsin Limited Liability Partnership

100 East Wisconsin Avenue · Suite 1100
Milwaukee, Wisconsin 53202
P (414) 271-7590 · F (414) 271-5770
www.andruslaw.com

Douglas Dynamics
7777 North 73rd Street
Milwaukee, WI 53223

May 1, 2014
Invoice 655840-1

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

For Services Rendered Through April 30, 2014

| | |
|---|---|
| Previous Balance | |
| Payments | |
| Balance Forward | |
| Current Fees | |
| Current Disbursements | |
| Total Current Charges | |

**Total Due**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Fees | | | | | |
| --- | --- | --- | --- | --- | --- |
| Date | Atty | Description | | Hours | Amount |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |

**Andrus Intellectual Property Law, LLP**

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

May 1, 2014
Invoice 655840-1
Page 5

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|

**Total Fees**

## Disbursements

| Description | Amount |
|-------------|--------|
| Prints | 0.20 |
| Stenographic transcript of final hearing held on 4-9-14 | 392.85 |
| Stenographic realtime rough transcript of jury trail | 915.00 |
| Transcripts | 759.45 |
| Stenographic transcript of final hearing held on 4-3-14 | 161.00 |

Douglas Dynamics

4654-00016
Douglas Dynamics, LLC v. Buyers Products Company
(Pending U.S. District Court Litigation)
Civil Action No. 09-cv-261 (W.D. WI)

| Description | Amount |
|---|---|
| ████████████████████████████████ | ██████ |
| Final certified jury trial transcripts (afternoon sessions) | 229.50 |
| Stenographic transcript of jury trial (morning session April 14 and 15) | 279.00 |
| Convert Snowdogg video to MPEG format | 62.50 |

**Total Disbursements**  ████████

**Total Services and Disbursements**  ████████

**Total Current Charges**  ████████