IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOUGLAS DYNAMICS, LLC,

    Plaintiff,                         AMENDED JUDGMENT IN A CIVIL CASE

v.                                  Case No. 09-cv-261-wmc

BUYERS PRODUCTS COMPANY,

    Defendant.

      This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that final judgment is entered in favor of plaintiff Douglas Dynamics, LLC against defendant Buyers Products Company in the amount of $9,935.983.

/s/                                                                         January 5, 2015

Peter Oppeneer, Clerk of Court                            Date